UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| INTERNATIONAL LABOR ) | |
| MANAGEMENT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 1:14-231-WO-JLW |
| ) | |
| THOMAS E. PEREZ, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' STATEMENT OF NON-OPPOSITION

Defendants do not oppose Plaintiff's motion for leave to file an amended complaint (ECF No. 43). Although Plaintiff does not raise any new claims in its proposed, amended complaint, any opposition to lodging an amended complaint will serve no purpose, and in the interest of bringing this case to a final resolution without further delay, Defendants do not oppose the filing of the amended complaint. Defendants do not concede the factual allegations in Plaintiff's motion for leave to file, but there is no need to prolong a controversy over these points because Defendants do not oppose the proposed filing of the amended complaint.

On June 5, 2014, Defendants filed a motion to dismiss and alternative motion for summary judgment (ECF No. 41). Defendants will refile their motion, directed to the amended complaint, once the Court dockets Plaintiff's amended complaint.

Respectfully submitted this 10th day of June, 2014:

                        STUART F. DELERY
                        Assistant Attorney General

        By:    /s/ Geoffrey Forney
                    GEOFFREY FORNEY
                    Senior Litigation Counsel
                    United States Department of Justice
                    Office of Immigration Litigation
                    450 5th Street, NW
                    Washington, DC 20001
                    202-532-4329/ geoff.forney@usdoj.gov

2

Case 1:14-cv-00231-WO-JLW    Document 46    Filed 06/10/14    Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that on June 10, 2014, I electronically filed the foregoing DEFENDANTS' STATEMENT OF NON-OPPOSITION with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to the following attorneys of record:

J. MICHAEL HONEYCUTT: mhoneycutt@laborlawyers.com

ROBIN E. SHEA:  rshea@constangy.com

WILLIAM RANDOLPH LOFTIS , JR:  rloftis@constangy.com

ANN MARGARET POINTER:  apointer@laborlawyers.com

                                              /s/ Geoffrey Forney
                                              GEOFFREY FORNEY
                                              Senior Litigation Counsel
                                              United States Department of Justice