EXHIBIT 4

| | |
|---|---|
| **From:** | Sarah Farrell |
| **To:** | Sarah Farrell |
| **Subject:** | FW: Cotton Hope Orchards Inc. #2 H-300-14042-576168 generic responses |
| **Date:** | Saturday, March 15, 2014 8:17:44 PM |
| **Importance:** | High |

**From:** Theresa Ward
**Sent:** Thursday, March 06, 2014 4:52 PM
**To:** H2A, Ombudsman - ETA
**Cc:** Giles, Charlene - ETA
**Subject:** FW: Cotton Hope Orchards Inc. #2 H-300-14042-576168 generic responses

Ombudsman,

CNPC is providing generic responses to all emails sent to the CNPC processing center. We submitted a change and we received the same generic response as the other 35 status requests that was sent.

I understand that for whatever reason CNPC did not process any applications for 3 weeks and they are extremely busy, however this is not the fault of this employer. This employer has suffered a huge loss within the past few weeks, they don't need another one such as losing their entire crop.

Mike DuBose listed as the contact passed away and we need to replace the point of contact.

Any assistance you can provide will be greatly appreciated.

Thank you,

Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Thursday, March 06, 2014 4:44 PM
**To:** Theresa Ward
**Subject:** RE: Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22 #H26 #H22

Dear Ms. Ward,
Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,

EXHIBIT 4

Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.

**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Thursday, March 06, 2014 12:45 PM
**To:** TLC, Chicago - ETA SVC; Gonzalez, Chris - ETA
**Cc:** Giles, Charlene - ETA
**Subject:** RE: Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22 #H26 #H22
**Importance:** High

Due to an unexpected death. Michael Dubose at Cotton Hope is no longer the contact person. Please change the contact person to
Tristan A DuBose.

Thank you,
Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately.  Thank you.

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Wednesday, March 05, 2014 11:30 AM
**To:** Theresa Ward
**Cc:** Giles, Charlene - ETA
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22 #H26 #H22

Dear Ms. Ward,
Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.

**From:** Theresa Ward [mailto:tward@ilmclabor.com]

EXHIBIT 4

**Sent:** Wednesday, March 05, 2014 6:56 AM
**To:** TLC, Chicago - ETA SVC; Gonzalez, Chris - ETA
**Cc:** Giles, Charlene - ETA
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22 #H26

This employers date of need is less than 30 days away. CNPC is outside of their timeframes and need to immediately certify this employers case.

Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Tuesday, March 04, 2014 10:23 AM
**To:** Theresa Ward
**Cc:** Giles, Charlene - ETA
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22 #H26

Dear Ms. Ward,

Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.

**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Tuesday, March 04, 2014 7:19 AM
**To:** TLC, Chicago - ETA SVC; Giles, Charlene - ETA; Gonzalez, Chris - ETA
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22
**Importance:** High

Please provide a status for this employer. CNPC is outside of their timeframes and this case needs to be certified immediately. The answer provided below is unacceptable and outside of the regulations.

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Wednesday, February 26, 2014 2:02 PM
**To:** Theresa Ward
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22

Dear Ms. Ward,

EXHIBIT 4

Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.

**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Wednesday, February 26, 2014 9:08 AM
**To:** TLC, Chicago - ETA SVC
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22

Please provide a status this case is past due.

We do have a fax available if needed 910-245-3837.

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Tuesday, February 25, 2014 8:36 AM
**To:** Theresa Ward
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37 #H22

Dear Ms. Ward,

Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.
**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Monday, February 24, 2014 1:25 PM
**To:** TLC, Chicago - ETA SVC
**Cc:** RPeters@dew.sc.gov
**Subject:** RE: status request Cotton Hope Orchards Inc. #2 H-300-14042-576168 H37
**Importance:** High

Please provide a status for this employer. Employer has replied to the NOD. If there are additional outstanding issues they must be addresses immediately. Employer is due for certification next week and have yet to be accepted.

Thank you,

Theresa Ward, H2A Supervisor ILMC

EXHIBIT 4

Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837
This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

---

**From:** Theresa Ward
**Sent:** Thursday, February 20, 2014 2:44 PM
**To:** 'TLC, Chicago - ETA SVC'
**Cc:** RPeters@dew.sc.gov
**Subject:** RE: H-2A E-Notice for Cotton Hope Orchards Inc. #2 H-300-14042-576168 NOD, H37
**Importance:** High

Attached please find more detailed field locations. The employer updated his list.

If you have any additional issue preventing acceptance please contact me immediately.

Thank you,

Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

---

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Tuesday, February 18, 2014 5:21 PM
**To:** Theresa Ward
**Cc:** RPeters@dew.sc.gov
**Subject:** H-2A E-Notice for Cotton Hope Orchards Inc. #2 H-300-14042-576168 NOD, H37

Dear Ms. Ward,
Based on your previous acceptance to participate in our e-mail program, we are attaching a Notice of Deficiency Letter. Please let us know if you have any difficulties opening the attached letter.
To avoid further delay, you may respond by e-mail to **TLC.Chicago@dol.gov** or by fax to **312-353-6666**. Please be sure to include your Case Number in all correspondence to the CNPC.
**\*\* Please note that we may only correspond specifically on the above-mentioned case and more specifically, on the above-mentioned deficiency/(ies). If you have other questions or concerns, please direct them to TLC.Chicago@dol.gov. Please be sure to include your Case Number in all correspondence to the CNPC. Thank you.**
Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.