EXHIBIT 6

| | |
|---|---|
| **From:** | Theresa Ward |
| **To:** | Sarah Farrell |
| **Subject:** | FW: Kamman"s Farms Inc #1 (Case No. H-300-14037-378475), H37 #H26 #H22 |
| **Date:** | Saturday, March 15, 2014 8:11:56 PM |

**From:** Theresa Ward
**Sent:** Thursday, March 06, 2014 1:46 PM
**To:** TLC, Chicago - ETA SVC; 'Gonzalez, Chris - ETA'
**Cc:** Giles, Charlene - ETA
**Subject:** RE: Kamman's Farms Inc #1 (Case No. H-300-14037-378475), H37 #H26 #H22

Please provide a status for this case.
Thank you,

Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Wednesday, March 05, 2014 11:25 AM
**To:** Theresa Ward
**Cc:** Giles, Charlene - ETA
**Subject:** RE: Kamman's Farms Inc #1 (Case No. H-300-14037-378475), H37 #H26 #H22

Dear Ms. Ward,

Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.
**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Wednesday, March 05, 2014 6:41 AM
**To:** TLC, Chicago - ETA SVC; Gonzalez, Chris - ETA
**Cc:** Giles, Charlene - ETA
**Subject:** RE: Kamman's Farms Inc #1 (Case No. H-300-14037-378475), H37 #H26
**Importance:** High

EXHIBIT 6

Please provide a status for this employer. CNPC is outside of their timeframes.

Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

---

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Tuesday, March 04, 2014 10:26 AM
**To:** Theresa Ward
**Cc:** Giles, Charlene - ETA
**Subject:** RE: Kamman's Farms Inc #1 (Case No. H-300-14037-378475), H37 #H26

Dear Ms. Ward,

Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.

**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Tuesday, March 04, 2014 7:26 AM
**To:** Lawhorn, Tim; Giles, Charlene - ETA; Gonzalez, Chris - ETA
**Cc:** TLC, Chicago - ETA SVC
**Subject:** RE: Kamman's Farms Inc #1 (Case No. H-300-14037-378475), H37
**Importance:** High

Please provide a status for this employer. CNPC is outside of their timeframes and this case needs to be certified immediately. The answer provided below is unacceptable and outside of the regulations.