EXHIBIT 17

| | |
|---|---|
| **From:** | Theresa Ward |
| **To:** | Sarah Farrell |
| **Subject:** | FW: La Tierra de Esmeralda Inc - H-300-14024-023111 -status - #H26 |
| **Date:** | Saturday, March 15, 2014 8:04:36 PM |

**From:** Schindler, Karen - ETA <Schindler.Karen@dol.gov> on behalf of H2A, Ombudsman - ETA <H2A.Ombudsman@dol.gov>
**Sent:** Friday, March 07, 2014 9:13 AM
**To:** Theresa Ward; H2A, Ombudsman - ETA
**Subject:** RE: La Tierra de Esmeralda Inc - H-300-14024-023111 -status - #H26

Dear Ms. Ward:

Thank you for your inquiry. The Chicago National Processing Center received your request and is working on it at this time. In the meantime we thank you for your inquiry.

Sincerely,

Ombudsman Program
Office of Foreign Labor Certification
Department of Labor
H2A.Ombudsman@dol.gov

**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Tuesday, March 04, 2014 11:18 AM
**To:** H2A, Ombudsman - ETA
**Subject:** FW: La Tierra de Esmeralda Inc - H-300-14024-023111 -status - #H26
**Importance:** High

This employer was due for certification 2/10/14. CNPC didn't accept their order until 2/6/14. Recruitment results were turned in on 2/14/14. CNPC is outside of their timeframes. Housing has been completed and provided to CNPC. There are no outstanding issues on the employers end.

This employers date of need is 7 days away!

Any assistance you can provide will be greatly appreciated.

Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please

# EXHIBIT 17

advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

---

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Tuesday, March 04, 2014 10:25 AM
**To:** Theresa Ward
**Cc:** Giles, Charlene - ETA
**Subject:** RE: La Tierra de Esmeralda Inc - H-300-14024-023111 -status - #H26

Dear Ms. Ward,

Thank you for your email. The case is currently under review. Once the analyst has completed the review, official notification will be issued.
Sincerely,
Chicago National Processing Center
This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.

**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Tuesday, March 04, 2014 7:25 AM
**To:** TLC, Chicago - ETA SVC; Gonzalez, Chris - ETA; Giles, Charlene - ETA
**Subject:** RE: La Tierra de Esmeralda Inc - H-300-14024-023111 -status - #H26
**Importance:** High

Please provide a status for this employer. CNPC is outside of their timeframes and this case needs to be certified immediately. The answer provided below is unacceptable and outside of the regulations.

---

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Monday, February 24, 2014 5:37 PM
**To:** Theresa Ward
**Subject:** RE: La Tierra de Esmeralda Inc - H-300-14024-023111 -status - #H26

Dear Ms. Ward,

Thank you for your inquiry. As of today's date the case is still under review. We appreciate your patience while your case is in process. The Analyst and Certifying Officer have been alerted of your request.

Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.

---

**From:** Theresa Ward [mailto:tward@ilmclabor.com]
**Sent:** Thursday, February 20, 2014 11:23 AM
**To:** TLC, Chicago - ETA SVC
**Subject:** RE: La Tierra de Esmeralda Inc - H-300-14024-023111 -status

EXHIBIT 17

**Importance:** High

Please provide a status for this employer. Housing has passed and recruitment results have been turned in.

Thank you,

Theresa Ward, H2A Supervisor ILMC
Phone: (910) 245-4808 ext 221
Fax: (910) 245-3837

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think you have received this e-mail in error, please advise the sender by reply-e-mail of the error and then delete this e-mail immediately. Thank you.

---

**From:** TLC, Chicago - ETA SVC [mailto:tlc.chicago@dol.gov]
**Sent:** Thursday, February 06, 2014 6:03 PM
**To:** Theresa Ward
**Cc:** Cdle_flc@state.co.us
**Subject:** La Tierra de Esmeralda Inc - H-300-14024-023111 - NOA

Dear Agent:

Based on your previous acceptance to participate in our e-mail program, we are attaching a Notice of Acceptance letter. Please let us know if you have any difficulties opening the attached letter.

Sincerely,
Chicago National Processing Center

This e-mail is intended solely for the person or entity to which it is addressed and may contain confidential and/or privileged information. Any review, dissemination, copying, printing or other use of this e-mail by persons or entities other than the addressee is prohibited. If you have received this e-mail in error, please reply to the sender immediately that you have received the message and delete the material from any computer.