IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| INTERNATIONAL LABOR MANAGEMENT CORPORATION,<br><br>234 Cameron Avenue<br>Vass, NC  28394<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS E. PEREZ, IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF LABOR and UNITED STATES DEPARTMENT OF LABOR,<br><br>200 Constitution Ave., N.W.<br>Washington, DC  20210<br><br>    Defendants. | CASE NO.:  14CV231<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, International Labor Management Corporation, and Defendants, Thomas E. Perez, in his official capacity as United States Secretary of Labor, and United States Department of Labor, by and through their undersigned counsel, stipulate that this action shall be and hereby is DISMISSED with prejudice, each party to bear their own costs and fees.

As the parties stipulate to a dismissal of this action with prejudice, the parties further agree and stipulate that the preliminary injunction entered against the Defendants (ECF No. 38) should be and is hereby dissolved.

30082087

This the 11th day of August, 2014.

| | |
|---|---|
| /s/ J. Michael Honeycutt | /s/ Geoffrey Forney |
| N.C. State Bar No. 33437 | PA No. 202870; NJ No. 036232006 |
| Email: mhoneycutt@laborlawyers.com | Email: Geoff.forney@usdoj.gov |
| FISHER & PHILLIPS LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| 227 West Trade Street, Suite 2020 | 450 5th Street, N.W. |
| Charlotte, North Carolina 28202 | Washington, DC 20001 |
| Telephone: (704) 334-4565 | Telephone: (202) 532-4329 |
| Fax: (704) 334-9774 | Fax (202) 532-4393 |

/s/ Ann Margaret Pointer           Attorney for Defendants
Georgia State Bar No. 582750
Email: apointer@laborlawyers.com
FISHER & PHILLIPS LLP
1075 Peachtree St., N.E., Suite 3500
Atlanta, Georgia 30309
Telephone: (404) 231-1400
Fax: (404) 240-4249

/s/ William Randolph Loftis, Jr.
N.C. State Bar No. 2774
Email: rloftis@constangy.com
CONSTANGY BROOKS &SMITH, LLP
100 N. Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Fax: (336) 748-9112

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on August 11, 2014, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** in the foregoing matter with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: **Geoffrey Forney (Geoff.forney@usdoj.gov)**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: **None**.

/s/ Ann Margaret Pointer
Ann Margaret Pointer, Esquire
Email: apointer@laborlawyers.com
FISHER & PHILLIPS LLP
1075 Peachtree St., N.E., Suite 3500
Atlanta, Georgia 30309
Telephone: (404) 231-1400
Fax: (404) 240-4249